DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MIGUEL CARRION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-0274 LJO |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER THEREON |
| MIGUEL CARRION, | |
| Defendant. | Date: December 12, 2011<br>Time: 1:00 p.m.<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, YASHAR NILCHIAN, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Miguel Carrion, that the date for status conference may be continued to December 12, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is November 4, 2011 at 9:00 a.m.  The requested new date is December 12, 2011 at 1:00 p.m.**

The defense believes that venue in this matter may properly lie in the Central District of California but has not yet been able to obtain documentary proof of this matter.  This continuance is requested to allow additional time for investigation in an attempt to obtain documents that will establish definitively in which district venue lies.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the

1  ends of justice served by the granting of the requested continuance outweigh the interests of the public and
2  the defendant in a speedy trial.
3
4                                                                    BENJAMIN B. WAGNER
                                                                     United States Attorney
5
6  DATED: November 2, 2011                                  By /s/ Yashar Nilchian
                                                                     YASHAR NILCHIAN
7                                                                    Assistant United States Attorney
                                                                     Attorney for Plaintiff
8
9                                                                    DANIEL J. BRODERICK
                                                                     Federal Defender
10
11 DATED: November 2, 2011                                  By /s/ Eric V. Kersten
                                                                     ERIC V. KERSTEN
12                                                                   Assistant Federal Defender
                                                                     Attorney for Defendant
13                                                                   Miguel Carrion
14
15
16                                          **O R D E R**
17     **IT IS GRANTED.**  The intervening period of delay is excluded in the interests of justice pursuant
18 to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
19 IT IS SO ORDERED.
20 **Dated:   November 2, 2011**                   /s/ Lawrence J. O'Neill
                                                                     UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

Stipulation to Continue Status Conference and Order            2